**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| KELI A. GRIGSBY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 1:13-cv-01195-TWP-DML ) |
| CAROLYN W. COLVIN, | ) ) ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted her Report and Recommendation on Complaint for Judicial Review. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation and the Commissioner's decision is **AFFIRMED**.

Date: 9/11/2014

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Patrick Harold Mulvany
patrick@mulvanylaw.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov